

Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
David M. Fine (DF 4479)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

- and -

Peter O'Driscoll
Orrick, Herrington & Sutcliffe LLP
25 Old Broad Street
London EC2N 1HQ
DX: 557 London/City
United Kingdom
Telephone: 011 44 20 7562 5000

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X
                      :

**TELENOR EAST INVEST AS,**
                      :

             Plaintiff,       :   08 CV

         -against-         :   ECF CASE

                      :

**FARIMEX PRODUCTS, INC., ECO**
**TELECOM LIMITED, and ALTIMO**   :   **RULE 7.1 STATEMENT**
**HOLDINGS & INVESTMENTS LIMITED,**
           Defendants.    :

                      :

-------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Telenor East Invest AS

("Telenor East Invest"), by and through their undersigned counsel, certifies that Plaintiff

Telenor East Invest is a wholly-owned subsidiary of Telenor Mobile Holding AS, a

Norwegian company. Telenor Mobile Holding AS is a wholly-owned subsidiary of

Telenor ASA ("Telenor"), a Norwegian company. The Ministry of Trade and Industry

of the Kingdom of Norway holds a 53.97% interest in Telenor ASA.  The securities of

Telenor ASA are publicly traded on the Oslo Stock Exchange.


Dated:    New York, New York                    ORRICK, HERRINGTON & SUTCLIFFE LLP
          June 20, 2008

                                                By _____
                                                       Robert L. Sills

                                                666 Fifth Avenue
                                                New York, New York  10103
                                                (212) 506-5000
                                                Attorneys for Plaintiff
                                                Telenor East Invest AS