UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Telenor East Invest AS

                    Plaintiff(s),
          -against-


Farimex Products, Inc. et al,                   08 Civ. 5623(PKC)
                    Defendant(s).

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:                           │
│ DATE FILED: 6/27/08              │
└─────────────────────────────────┘
```

ORDER FOR
INITIAL PRETRIAL CONFERENCE


P. KEVIN CASTEL, United States District Judge.

     Counsel for all parties are directed to appear before the
undersigned for an initial pretrial conference, in accordance with
Rule 16 of the Federal Rules of Civil Procedure on August 29, 2008 at
10:45 a.m. in Courtroom 12C at the United States Courthouse, 500
Pearl Street, New York, New York. **COUNSEL FOR PLAINTIFF IS DIRECTED
TO IMMEDIATELY SEND A COPY OF THIS NOTICE TO ALL PARTIES.** Principal
trial counsel must appear at this and all subsequent conferences.

     **This case has been designated an electronic case and has been
assigned to me for all purposes. By the date of the initial pretrial
conference counsel for all parties are required to register as filing
users in accordance with the Procedures for Electronic Case Filing
and file a Notice of Appearance.**

     **The parties are directed to submit a joint letter five business
days prior to the conference addressing the following in separate
paragraphs:** (1) a brief description of the case, including the
factual and legal bases for the claim(s) and defense(s); (2) any
contemplated motions; and (3) the prospect for settlement. For the
Court's convenience, the parties are requested to set forth the date
and time of the Conference in the opening paragraph of the joint
letter. The parties are directed to consult the undersigned's
Individual Practices and to confer on a Case Management Plan. See the
Court's internet site: www.nysd.uscourts.gov/judges/USDJ/castel.htm.
The jointly proposed Case Management Plan should be submitted in
writing to the Court at the conference. Requests for adjournment of
the conference will be considered only if made in writing and
otherwise in accordance with the undersigned's Individual Practices.

          SO ORDERED.

                                   _____
                                        P. Kevin Castel
                                   United States District Judge

Dated:  New York, New York
        June 27, 2008