AO 440 (Rev. 10/93) Summons in a Civil Action — SDNY WEB 4/99

JUDGE CASTEL

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

TELENOR EAST INVEST AS,

V.

FARIMEX PRODUCTS, INC.,
ECO TELECOM LIMITED, and
ALTIMO HOLDINGS & INVESTMENTS LIMITED.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  08 CV

08 CIV 5623

TO: (Name and address of defendant)

ALTIMO HOLDINGS & INVESTMENTS LIMITED
Geneva Place
333 Waterfront Drive, 2nd Floor
Road Town, Tortola, BVI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert L. Sills
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE  JUN 2 0 2008

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 6-20-08 |
| NAME OF SERVER (PRINT) Olga Fucci | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _See attached Affidavit of Service_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _July 1, 2008_
Date

Signature of Server: _Olga Fucci_

Address of Server: _666 Fifth Avenue, New York, NY 10103_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
David M. Fine (DF 4479)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

    - and -

Peter O'Driscoll
Orrick, Herrington & Sutcliffe LLP
25 Old Broad Street
London EC2N 1HQ
DX: 557 London/City
United Kingdom
Telephone: 011 44 20 7562 5000

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X

| | |
|---|---|
| **TELENOR EAST INVEST AS,** | : |
| Plaintiff, | : 08 Civ. 5623 (PKC)(AJP) |
| | : **ECF CASE** |
| -against- | : |
| | : |
| **FARIMEX PRODUCTS, INC., ECO TELECOM LIMITED** and **ALTIMO HOLDINGS & INVESTMENTS LIMITED,** | : **AFFIDAVIT OF SERVICE** |
| Defendants. | : |
| | : |

------------------------------------------------------------ X

    **OLGA FUCCI**, being duly sworn, deposes and says:

    1.    I am over the age of 18 years and am not a party to this action, and I am employed by Orrick, Herrington & Sutcliffe LLP, attorneys for plaintiff in the above-entitled action.

OHS East:160445332.2

2.	On June 20, 2008, I served true copies of the Summons, Complaint, Civil Cover Sheet and Rule 7.1 Statement in the above-entitled action by placing true and correct copies thereof in properly addressed and sealed envelopes and depositing in the custody of Federal Express within New York to the addresses set forth below:

Farimex Products, Inc.
Sea Meadow House, Blackburne Highway
PO Box 116, Road Town, Tortola
British Virgin Islands

Eco Telecom Limited
10/8 International Commercial Centre
Casemates Square
Gibraltar

Altimo Holding & Investments Limited
Geneva Place
333 Waterfront Drive, 2nd Floor
Road Town
Tortola, BVI

Eco Telecom Limited
c/o CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

Altimo Holding & Investments Limited
c/o CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

3.	In addition, on June 20, 2008, I served true copies of the Summons, Complaint, Civil Cover Sheet and Rule 7.1 Statement by placing true and correct copies thereof in properly addressed and sealed envelopes and depositing in the custody of Federal Express within New York to the addresses set forth below:

Farimex Products, Inc.
23 Denisovsky Pereulok, Building 6
Moscow 105005

**Attention: Dmitri Sergheevich Chernyi**

Eco Telecom Limited
Suite 2
4 Irish Place
Gibraltar

**Attention: Ms. Marina Kushnareva**

Altimo Holding & Investments Limited
Str. Novy Arbat, build. 21
GSP-2
119992 Moscow, Russia

**Attention: Mr. Alexey Reznikovich**

OHS East:160445332.2

_____
Olga Fucci

Sworn to before me this
20th day of June, 2008

_____
Notary Public

MICHAEL J. PETERS
Notary Public, State of New York
No. 01PE6139706
Qualified in New York County
Commission Expires January 17, 20 10

OHS East:160445332.2