Castel, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TELENOR EAST INVEST AS,

                Plaintiff,

      v.

FARIMEX PRODUCTS, INC., ECO TELECOM
LIMITED and ALTIMO HOLDINGS &
INVESTMENTS LIMITED,

                Defendants.

08 Civ. 5623 (PKC)
ECF ACTION

## STIPULATION AND ORDER

      WHEREAS, defendants Eco Telecom Limited and Altimo Holdings & Investments Limited ("Defendants") intend to move to dismiss the complaint in the above-captioned action and have submitted a letter to the Court requesting a premotion conference;

      IT IS HEREBY STIPULATED, by and between the undersigned counsel, that the time for Defendants to respond to the complaint be, and the same hereby is, adjourned until a briefing schedule is set at the premotion conference.

July 11, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/ Robert L. Sills
      ------------------------------
      Robert L. Sills

*Attorneys for Plaintiff*
666 Fifth Avenue
New York, NY 10103
(212) 506-5000
rsills@orrick.com

CRAVATH, SWAINE & MOORE LLP

By /s/ Ronald S. Rolfe
      ------------------------------
      Ronald S. Rolfe

*Attorneys for Defendants Altimo
Holdings & Investments Limited and Eco
Telecom Limited*
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
rrolfe@cravath.com

SO ORDERED:

/s/ P. Kevin Castel
------------------------------
Hon. P. Kevin Castel
U.S.D.J.

7-14-08

2